UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERRANCE D. MORTON, SR., <br><br> Plaintiff, <br><br> v. <br><br> CVS HEALTH, <br><br> Defendant. | Case No. 2:17-cv-01247-RFB-GWF <br><br> **ORDER** |

This matter is before the court on Plaintiff's failure to comply with the court's Order (ECF No. 6). This matter is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4 of the Local Rules of Practice.

Plaintiff is proceeding in this action *pro se* and he submitted a complaint on May 3, 2017 and an amended complaint on May 23, 2017. *See* Compl. (ECF Nos. 1-1, 3). The court issued a screening order (ECF No. 4) granting Plaintiff permission to proceed *in forma pauperis* and screening the complaint pursuant to 28 U.S.C. § 1915(e). The undersigned found that Plaintiff's complaint failed to state a valid claim and allowed him until July 25, 2018, to file an amended complaint. The screening order warned Plaintiff that a failure to file an amended complaint addressing the deficiencies explained by the court would result in a recommendation to the district judge that this case be dismissed. On December 17, 2018, Plaintiff filed a second amended complaint. ECF No. 5. On March 7, 2019, the Court issued a screening order and found that Plaintiff's second amended complaint failed to cure the deficiencies identified in its previous screening order. The Court allowed Plaintiff until April 8, 2019 to file a third amended complaint. To date, Plaintiff has failed to file an amended complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is directed to show cause, in writing, no later than **May 31, 2019**, why this matter should not be dismissed for failure to file an amended

1

complaint. Plaintiff may file his amended complaint no later than **May 31, 2019** and no further response would be required. Failure to timely respond to this Order to Show Cause shall result in a recommendation to the district judge that this case be dismissed.

Dated this 23rd day of May, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE